IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-02551-EWN-MJW

RONALD HEINBAUGH, et al.,

Plaintiff(s),

v.

GENERAL STEEL DOMESTIC SALES, LLC, et al.,

Defendant(s).

---

MINUTE ORDER

---

It is hereby ORDERED that the Plaintiffs' Motion to Amend Complaint (Docket No. 26), which is unopposed (Docket No. 29), is granted, and the tendered Amended Complaint (Docket No. 26-2) is accepted for filing as of the date of this Minute Order.

Date: April 22, 2008