UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02551-EWN-MJW

RONALD HEINBAUGH, GUARDIAN STORAGE, LLC, DOUG KRUGER, KRUGER INDUSTRIES, INC., and SAM ZAMBON, on behalf of themselves and all other similarly situated persons

    Plaintiffs

v.

GENERAL STEEL DOMESTIC SALES, LLC d/b/a GENERAL STEEL CORPORATION, a Colorado limited liability company, JEFFREY KNIGHT, NATHAN WRIGHT, BRUCE GRAHAM, LEE BASHORE, STEVEN PAIGE, JOHN VIVIAN, CHARLES HOLLAND, WILLIAM DAVIS, JERRY HAGAN, ANDREW TSAKALAKIS, JONAH GOLDMAN, WAYNE GASTON, BRYAN MILLER, THEODORE J. LEACH, JORDAN BLUM, MARCO CUTHBERT, KENNETH HINZ and ANDREA LIGGETT

    Defendants

---

## ORDER GRANTING MOTION TO AMEND SCHEDULING ORDER
( Docket No. 38 )

This matter came on for consideration of Plaintiffs' Motion to Amend Scheduling Order and the Court finding that the Motion is timely and that justice will be served by granting the Motion and being otherwise advised of the premises, does hereby

**ORDER** that Plaintiffs' Motion to Amend Scheduling Order is granted; and does further

**ORDER** that the parties shall submit a stipulated Amended Scheduling Order on or before June 1, 2008.

SO ORDERED this 16th day of May, 2008.

BY THE COURT:

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO